AO 91 (Rev. 6/95) Criminal Complaint    1:12-mj-06058-JAG    # 1    Page 1 of 1    E-FILED
Friday, 27 July, 2012 02:58:21 PM
Clerk, U.S. District Court, ILCD

# United States District Court

| CENTRAL | DISTRICT OF | ILLINOIS |

FILED
JUL 27 2012
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

DUSTIN J. GIBSON and
DANNY L. STICE

**CRIMINAL COMPLAINT**

CASE NUMBER: 12-mj- 6058

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about February 2012 to present in McLean County, in the Central District of Illinois, defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally combine, conspire, and agree with each other and persons known and unknown to distribute and possess with the intent to distribute at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance,

in violation of Title 21 United States Code, Section(s) 846, 841(a)(1), and 841(b)(1)(B)

I further state that I am a(n) Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

Please see the attached affidavit.

Continued on the attached sheet and made a part hereof: (Yes)  No

Special Agent Greg A. Catey
Name of Complainant

s/Greg A. Catey
Signature of Complainant

Sworn to before me and subscribed in my presence,

July 27, 2012          at    Peoria, Illinois
Date                         City and State

JAMES E. SHADID            s/James E. Shadid
Chief United States District Judge
Name & Title of Judicial Officer    Signature of Judicial Officer