IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | | |
|---|---|---|
| U.S. v MATTHEW G. SULLIVAN et al. | ) | Case No. 12-mj-6055 |
| | ) | |
| U.S. v. MARQUELLE D. PALMER et al. | ) | Case No. 12-mj-6056 |
| | ) | |
| U.S. v. CORDARO A. WILLIAMS | ) | Case No. 12-mj-6057 |
| | ) | |
| U.S. v. DUSTIN J. GIBSON et al. | ) | Case No. 12-mj-6058 |
| | ) | |
| U.S. v. PERRY L. HARRINGTON | ) | Case No. 12-mj-6059 |
| | ) | |
| U.S. v. LOLA M. PAULSON | ) | Case No. 12-mj-6060 |
| | ) | |
| U.S. v. KYLE R. WRIGHT | ) | Case No. 12-mj-6061 |

**O R D E R**

These matters are before the Court on the government's motion to unseal. For good cause shown, the motion is GRANTED.

IT IS HEREBY ORDERED that the criminal complaints and supporting affidavit in the captioned matters are UNSEALED.

ENTERED this 1st Day of August, 2012.

                                            s/ John A. Gorman            .
                                            JOHN A. GORMAN
                                            United States Magistrate Judge